IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR 02-478-HA |
| Plaintiff, | OPINION AND ORDER |
| v. | |
| BRIAN DAVID MARTIN, | |
| Defendant. | |

The procedural background of this case is accurately set forth in the government's response to defendant's submission is support of his motion to suppress [59] and will not be repeated here. Based on the facts of this case and the recent Ninth Circuit Opinion in <u>United States v Goude</u>, 440 F.3d 1065 (9th Cir. 2006), defendant's motion to controvert the search warrant/motion to suppress[24] is denied.

DATED this 8th day of May, 2006.

   /s/ Ancer L. Haggerty
ANCER L. HAGGERTY
CHIEF U. S. DISTRICT COURT JUDGE

OPINION AND ORDER